IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BRIAN A. MOORE,

        Petitioner,

   v.

DAVID OWENS, ET AL.,

        Respondents.

Civil Action
No. 16-8845(JBS)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

1. On November 28, 2016, Petitioner Brian A. Moore filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Docket Entry 1.

2. Mail sent to Petitioner at his listed address was returned as undeliverable on January 4, 2017. Docket Entry 5.

3. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

4.   As the Court does not have a current address for Petitioner, the petition cannot continue at this time. The petition shall be administratively terminated without prejudice to Petitioner's right to reopen the matter upon informing the Court of his current address within 30 days.

5.   An appropriate Order follows.

**January 30, 2017**          **s/ Jerome B. Simandle**
Date                          JEROME B. SIMANDLE
                              Chief U.S. District Judge